RECEIVED

JUL 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 05-30015 |
| VERSUS | JUDGE ROBERT G. JAMES |
| HERIBERTO LOPEZ-CARBAJAL | MAG. JUDGE KAREN L. HAYES |

## ORDER

For the reasons contained in the oral ruling of the Magistrate Judge on July 1, 2005, and after an independent review of the entire record and the written objections filed herein, including a transcript of the July 1, 2005 hearing, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Defendant's Motion to Suppress Evidence [Doc. No.25] and Motion to Suppress Statements of Defendant [Doc. No. 26] are DENIED.

MONROE, LOUISIANA, this 8 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE